COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:          Caylon Johnson v. The State of Texas

Appellate case number:      01-13-00833-CR; 01-13-00834-CR

Trial court case number:    1338720, 1338721

Trial court:                            174th District Court of Harris County

August 15, 2013, appellant, Caylon Johnson, was convicted of the felony offense of aggravated robbery with a deadly weapon and sentenced to fifteen years imprisonment. Appellant filed his notice of appeal on September 13, 2013. *See* Tex. R. App. P. 26.2. The record was due on October 14, 2013. *See* TEX. R. APP. P. 35.2(a). The clerk's record was filed on October 14, 2013 and the reporter's record has not been filed.

On April 17, 2014, these cases were abated and remanded to the trial court for the trial court to (1) determine whether appellant wishes to prosecute these appeals, and (2) determine whether appellant's counsel had abandoned the appeals, and, if counsel had not abandoned the appeals, to inquire why appellant and his counsel have not responded to this Court's October 28, 2013 notice regarding the lack of a reporter's record due to non-payment. Our October 28, 2013 notice informed appellant that unless he provided either proof of payment for preparation of the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that he was exempt from paying for the reporter's record by November 27, 2013, the Court might consider and decide those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

The trial court held a hearing on our abatement order on May 1, 2014, and the trial court clerk and court reporter have filed their respective records of the hearing. The record reflects that appellant wishes to proceed with his appeals, appellant has continued to retain Nancy Bierman as counsel on appeal, and the trial court reiterated its finding that appellant was not indigent and was not entitled to proceed with his appeals without advanced payment of costs. Accordingly, we REINSTATE these cases on the Court's active docket.

Appellant is ORDERED to submit written evidence from the court reporter that he has paid or made arrangements to pay the reporter's fee for preparing the reporter's record within **15 days of the date of this order**. If appellant does not submit such evidence by this deadline, then (1) the Court will consider and decide the appeals on those issues or points that do not require a

reporter's record for a decision and (2) appellant is ORDERED to file his appellant's brief within **45 days of the date of this order**.

It is so ORDERED.

Judge's signature: /s/ <u>Jane Bland</u>
      ☒ Acting individually  ☐ Acting for the Court

Date:  September 30, 2014